UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00481

**Kevin Kohute,**
*Plaintiff,*

v.

**Smith County 911 District,**
*Defendant.*

**ORDER**

On December 18, 2024, plaintiff Kevin Kohute, proceeding pro se, filed this lawsuit, which appears to seek a job application from defendant. Docs. 1, 1-1. This case was referred to United States Magistrate Judge John D. Love. Doc. 3. On December 27, 2024, the magistrate judge issued a report recommending that plaintiff's frivolous claims be dismissed without prejudice for lack of standing. Doc. 4. Plaintiff was mailed a copy of the report at his listed address and acknowledged receipt on January 6, 2025. Doc. 5. Plaintiff has not filed objections, and the timeframe for doing so has passed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation (Doc. 4). Plaintiff's claims are dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on February 5, 2025.*

J. CAMPBELL BARKER
United States District Judge